# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD DESEAN MORGAN, | Case No. 1:24-cv-00045-SAB |
| Plaintiff, | ORDER RE STIPULATION FOR VOLUNTARY REMAND PURSUANT TO 42 U.S.C. § 405(g) |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 12) |
| Defendant. | |

Reginald Desean Morgan ("Plaintiff") seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying an application for disability benefits pursuant to the Social Security Act.  (ECF No. 1.)  On March 13, 2024, the parties filed a stipulation agreeing to a voluntary remand of this matter pursuant to 42 U.S.C. § 405(g) for further administrative proceedings.  (ECF No. 12.)  The parties stipulate that on remand, the Appeals Council will direct the Administrative Law Judge to reevaluate Plaintiff's impairments at step three and provide analysis as to whether he meets or medically equals a listed impairment; reevaluate Plaintiff's subjective complaints and RFC; offer Plaintiff the opportunity for a hearing; take further action to complete the administrative record resolving the issues; and issue a new decision.  (Id.)  The parties request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner.  (Id.)  The Court finds good cause to grant the parties' stipulated request.

Accordingly, IT IS HEREBY ORDERED that:

1.      The above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation for remand;

2.      Judgment is entered in favor of Plaintiff Reginald Desean Morgan and against Defendant Commissioner of Social Security; and

3.      The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated:   **March 14, 2024**

UNITED STATES MAGISTRATE JUDGE